# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>             Defendants. | Case No.  1:24-cv-00220-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Chaloner Saintillus ("Plaintiff"), a federal prisoner proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

In his complaint, Plaintiff alleges violations of his civil rights that took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.[1]  Therefore, the complaint should have been filed in the Sacramento Division.

///

---

[1] The complaint appears to raise claims related to Plaintiff's prior criminal proceedings, specifically Case Nos. 2:20-cr-00213-KJM; 2:20-mj-00162-JDP; and 9:20-mj-08364-DLB. (ECF No. 1, p. 1.)  The Court further notes, without deciding, that the instant complaint may be duplicative of the complaint filed in *Saintillus v. United States of America*, Case No. 2:24-cv-00414-DB.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

    > United States District Court
    > Eastern District of California
    > 501 "I" Street, Suite 4-200
    > Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **February 22, 2024**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2